ACCEPTED
03-15-00210-CR
6028304
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00210-CR

| | | |
|---|---|---|
| **DANIEL UVALLE** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **OF THE** |
| | § | |
| **THE STATE OF TEXAS** | § | **THIRD JUDICIAL DISTRICT** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

NOW COMES, Daniel Uvalle, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 51st Judicial District Court of Tom Green County, Texas.

2. The case below was styled *The State of Texas vs. Daniel Uvalle* and was numbered A-13-1053-SA.

3. Appellant was convicted of the offense of capital murder of multiple persons, a capital felony.

4. Appellant was assessed a sentence of life imprisonment in the Texas Department of Criminal Justice Institutional Division.

5. A "Motion for New Trial" was filed on March 18, 2015.

6. A "Notice of Appeal" was filed on April 6, 2015.

7. The Reporter's Record was filed on June 19, 2015 and Volume Two Exhibits – State's Exhibits 1 & 2 (video) were filed on June 22, 2015.

8. The Clerk's Record was filed on June 18, 2015.

9. The Appellate Brief is presently due on July 27, 2015.

JES:2572:7.9.15:c:/Criminal/Appeals/Extensions-Motion to Extend Time to File App. Brief.D.Uvalle

10. Appellant requests an extension of time of 60 days from the date of July 27, 2015.

11. No extension to file the brief has been received in this cause.

12. Defendant is currently incarcerated.

13. Appellant relies on the following facts as good cause for the requested extension:

a. The attorney for Appellant was not the attorney at trial. Counsel was appointed to represent the Appellant on appeal.

b. Since Counsel was not trial counsel, Counsel began this appeal process with no familiarity of the proceedings that took place at any of the pre-trial hearings or the trial. This appeal is of a capital murder case where the death penalty was waived, therefore Counsel's review of the record will take an extended amount of time to review. Counsel received a copy of the Reporter's Record on June 19, 2015 with the exception of Reporter's Volume Two Exhibits – State's Exhibits 1 & 2 (video) which were received on June 22, 2015. Counsel received a copy of the Clerk's Record on June 22, 2015.

c. Counsel has court settings and other business already existing at the time of Counsel's receipt of both the Clerk and Reporter's Records which will make it difficult for Counsel to have sufficient time since the filing of the records to complete his evaluation of possible errors and grounds for appeal.

c. Counsel has only one other attorney in his office and has only one staff member.

d. In addition, Counsel has pre-existing travel plans for a ten-day period in which he will be out of the country.

e.    Counsel requests an extension of sixty days in order to have adequate time to complete the evaluation of the record for the preparation and filing of Appellant's Brief.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

SUTTON LAW OFFICE
P. O. Box 871
San Angelo, Texas 76902-0871
Telephone: 325-482-8470
Facsimile: 325-482-9474
E-Mail: jsuttlaw@wcc.net

_____
John E. Sutton
State Bar Number: 19531500
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on July 9, 2015 a true and correct copy of the above and foregoing document was served on Ms. Allison Palmer, 51st District Attorney, and Ms. Meagan White, Assistant District Attorney, 124 West Beauregard, San Angelo, Texas 76903.

_____
John E. Sutton
Attorney for Appellant

**STATE OF TEXAS** §
§
**COUNTY OF TOM GREEN** §

## AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared John E. Sutton, who, after being duly sworn, stated:

"I am the attorney for the Appellant in the above-numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
John E. Sutton, Affiant

Subscribed and sworn to before me on this ___9th___ day of July, 2015, to certify which witness my hand and seal of office.

DEBBIE WALL
Notary Public, State of Texas
My Commission Expires
August 02, 2015

_____
Notary Public, State of Texas

**John E. Sutton**          **Attorneys and Mediators**    **Judy Harris Sutton**
*Retired District Judge*                                              *Of Counsel*

---

| Office Location: | Telephone: | Mailing Address: |
|---|---|---|
| 117 South Irving | 325-482-8470 | P. O. Box 871 |
| San Angelo, Texas  76903 | Facsimile:  325-482-9474 | San Angelo, Texas 76902 |

July 9, 2015

***Sent by e-FileTXCourts.gov***
Mr. Jeffery D. Kyle
Clerk of the Third Court of Appeals
P. O. Box 12547
Austin, Texas   78711-2547

Re:     Motion to Extend Time to File Appellant's Brief
        Court of Appeals Cause Number:  03-15-00210-CR
        Trial Court Cause Number:  A-13-1053-SA; The State of Texas vs. Daniel
        Uvalle; in the 51st Judicial District Court of Tom Green County, Texas
        Our File Number:  2572

Dear Mr. Kyle:

Attached is the original "Motion to Extend Time to File Appellant's Brief" for filing in this cause.

Yours truly,

/s/ John E. Sutton
Attorney at Law

Attachment
cc:     w/enclosure
        Ms. Allison Palmer
        51st District Attorney
        Ms. Meagan White
        Assistant District Attorney

        Mr. Daniel Uvalle